**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Harris, | No. CV-25-02901-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| State Farm Casualty Insurance, | |
| Defendant. | |

Defendant State Farm Casualty Insurance ("Defendant") filed a Motion to Dismiss Plaintiff's Complaint Without Prejudice (Doc. 7) on August 19, 2025. Therein, Defendant says dismissal without prejudice is warranted pursuant to Federal Rule Civil Procedure 12(b)(5) because Plaintiff Matthew Harris ("Plaintiff") has not properly served Defendant with the Complaint and Summons. Plaintiff has not filed a response to Defendant's Motion and the time to do so has expired.

Under LRCiv. 7.2(i), if a party "does not serve the required answering memoranda, . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." *Id.*

Accordingly,

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that **on or before September 15, 2025**, Plaintiff must respond to Defendant's Motion or otherwise show cause why the Motion should not be granted pursuant to LRCiv 7.2(i).  If Plaintiff fails to comply with this Court's Order, the Clerk of Court shall dismiss this matter without prejudice and terminate this case, without further order of the Court.

Dated this 5th day of September, 2025.

Honorable Diane J. Humetewa
United States District Judge